United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Fifth Third Bank, National Association | § § | |
| v. | § § | Civil Action 4:22−cv−03731 |
| Saad Alsaab, et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Andrew M. Edison:

Request for Pre−Motion Conference − #50

Date: January 9, 2024.

Nathan Ochsner, Clerk

By: B. Thomas, Deputy Clerk